# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WENDALL R. BARROW

VERSUS

TIFFANY B. BARROW

NO.  2025 CW 1087

**OCTOBER 28, 2025**

---

In Re:    Tiffany B. Barrow, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 141196.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**STAY DENIED; WRIT DENIED.**

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT